IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No.: 3:16-cr-30040-DRH |
| | ) | |
| DION PRICE, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER GRANTING APPLICATION FOR
WRIT OF HABEAS CORPUS AD PROSEQUENDUM**

The above-entitled cause having come before the Court upon the application of the

United States Attorney for an Order directing the issuance of a Writ of Habeas Corpus ad

Prosequendum for the production of Dion Price in the United States District Court at East St.

Louis, IL, on the 11th day of July, 2016, at the hour of 11:30 a.m.

IT IS SO ORDERED.

DATED this 1st day of July, 2016.

*s/Donald G. Wilkerson*
DONALD G. WILKERSON
United States Magistrate Judge